IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESHAWN CAMPBELL,** | Case No. 2:24-cv-00119-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **RUIZ,** | |
| Defendant. | |

This matter having come before the Court on Defendant's motion for an extension of time to respond to Plaintiff's first amended complaint, ECF No. 15, and good cause appearing therefor based on counsel's declaration indicating the need for additional time to assess Plaintiff's claims and prepare a response, the motion will be GRANTED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion for an extension of time, ECF No. 15, is GRANTED.

2. Defendant's response to Plaintiff's first amended complaint is due by September 20, 2024.

Dated: August 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE